UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1549 ADM/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PRIDE,<br><br>Defendant,<br><br>WELLS FARGO,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no accounts in this bank.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 3, 2003, is hereby released.

Dated: 10/24/03

Magistrate Judge
United States District Court

FILED OCT 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK